MAX HARRY KLEIMAN, Respondent, v. ELLIOTT E. PEARLMAN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of THE SUPERINTENDENT OF BANKS for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law.* MELVILLE BOYD, as Trustee in Bankruptcy of FRANZ MERZ, Appellant; JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, Respondent.— Order affirmed, with ten .dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MURRAY B. MACHLIN, Suing for Himself as Stockholder and All Other Stockholders of the INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation, Respondent, v. ARTHUR GALSTON and Others, Defendants, Impleaded with WOOLSEY A. SHEPARD, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ROSALYN CAVE NASH, Respondent, v. JAMES HARLEY NASH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.; Martin, J., dissents and votes to reduce to fifty dollars.

LEW BROWN and RAY HENDERSON v. NEW YORK EVENING JOURNAL, INC., and LOUIS SOBOL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the INDEPENDENT MUTUAL CASUALTY COMPANY. MAURICE GREENHUT, Appellant.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RAYMOND J. NORMAN.— Motion for a reargument denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HOWARD A. POTOLSKI v. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.